IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Bryan Harris, | : | Case No. 1:20-cv-844 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| Commissioner of Social Security, | : | **Order Adopting Report and** |
| | : | **Recommendation** |
| Defendant. | : | |

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 3, 2022. (Doc. 14.) The Magistrate Judge recommended the Administrative Law Judge's non-disability finding be affirmed as supported by substantial evidence and that this case be closed.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. This case is hereby **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Judge Susan J. Dlott
United States District Court